1  Peter Kristofer Strojnik, SBN 242728
2  pstrojnik@strojniklaw.com
   Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone:  (415) 450-0100

5
   Attorneys for Plaintiff
6  THERESA BROOKE

7                  **UNITED STATES DISTRICT COURT**

8                  **CENTRAL DISTRICT OF CALIFORNIA**

9

10 THERESA BROOKE, a married woman
   dealing with her sole and separate claim,      Case No: 2:23-cv-775

11
                     Plaintiff,                   **NOTICE OF SETTLEMENT**
12

13 vs.

14 AIMBRIDGE HOSPITALITY LLC,

15
                     Defendants.

16
17        Please take notice that the case has settled. Plaintiff and Defendant, through

18 Defendant's counsel who has not appeared, anticipate filing closing papers in one

   month.
19

20
          DATED this 28th day of February, 2023.
21

22                                   /s/ Peter Kristofer Strojnik
                                     Peter Kristofer Strojnik (242728)
23                                   Attorneys for Plaintiff

24

25

26

27

28